IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF WESTERN TEXAS
WACO DIVISION

| | |
|---|---|
| CLINT WALKER,<br><br>          Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>          Defendant. | Case No. 6:24-cv-00633 |

### ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR LEAVE OF COURT TO CONDUCT PRE-SERVICE DISCOVERY

This matter is before the Court on Plaintiff's Emergency Motion for Leave of Court to Conduct Pre-Service Discovery. Under Federal Rule of Civil Procedure 30(a)(2), a party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (b)(2), if a party seeks to take a deposition before the time specified in Rule 26(d). The Court finds that granting such leave in this case is consistent with Rule 26(b)(1) and (b)(2), and for good cause shown **GRANTS** Plaintiff's Motion for Leave to Conduct Pre-Service Discovery consistent with the below.

**IT IS ORDERED** that Plaintiff may issue subpoenas for documents and depositions to: (1) ascertain the identity of John Doe, (2) identify those persons or entities who caused or contributed to the funds from Plaintiff's USAA Bank personal banking account being stolen, (3) discover facts and documents relating to the disposition of funds in and from J. P. Morgan Chase Bank account number xxxxxx8662 (the "Chase Bank Account") since July 11, 2024 (two months prior to the allegedly fraudulent deposit), (4) discover facts and documents relating to the transfer into the Chase Bank Account that occurred on September 11, 2024, (5) discover facts and information relating to the location of the funds and subsequent transfers of the funds from the deposit, (6) trace the funds from the deposit, and (7) discover facts and information relating to all

other assets, proceeds of assets, and disposition of assets of the holder of the Chase Bank Account and subsequent transferees of the funds from the deposit.

The Court **FURTHER ORDERS** that the recipients of the Subpoenas shall give notice to the account holders of the subpoenas issued pursuant to this Order to allow the account holders an opportunity to object prior to production of the documents subpoenaed.

**SIGNED** this 16th day of December, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

2