# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF WESTERN TEXAS
# WACO DIVISION

| | |
|---|---|
| CLINT WALKER,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>        Defendant. | Case No. 6:24-cv-00633-ADA |

## NOTICE OF FILING OF DECLARATION

COME NOW the Plaintiff, CLINT WALKER, and gives notice of filing the attached Declaration of a process server showing service dated December 17, 2024, on JPMorgan Chase & Co. of the Court's Temporary Restraining Order (Doc. 7), the Court's Order regarding pre-service discovery (Doc. 8), and the Subpoena to JPMorgan Chase & Co. calling for production of documents by December 27, 2024.

Dated: December 18, 2024

Respectfully Submitted,

*/s/ Daniel J. Nordin*
Daniel E. Gustafson
Daniel J. Nordin
Emily B. Egart
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dnordin@gustafsongluek.com
eegart@gustafsongluek.com

1

Warren T. Burns
Hannah M. Crowe
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel.: (469) 904-4550
wburns@burnscharest.com
hcrowe@burnscharest.com

*Counsel for Plaintiff*
