| UNITED STATES DISTRICT COURT | WESTERN DISTRICT OF TEXAS |
|---|---|
| Clint Walker<br>   Plaintiff,<br><br>v.<br><br>John Doe<br>   Defendant, | Court File Number<br>6:24-cv-00633<br><br>AFFIDAVIT OF SERVICE |

State of New York } SS
County of New York }

I, Nelson Carvajal #2067766, state that on Friday, December 27, 2024 at 12:30 PM I served the Subpoena; Exhibit A; Order Granting Plaintiff's Motion for Temporary Restraining Order; Order Granting Plaintiff's Emergency Motion for Leave of Court to Conduct Pre-Service Discovery upon JPMorgan Chase Bank, N.A., therein named, personally at CT Corporation System, 28 Liberty Street, New York, NY 10005, by handing to and leaving with Carlos Bobe, Service of Process Specialist at CT Corporation System, the Registered Agent for JPMorgan Chase Bank, N.A., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 12 / 30 / 2024

Nelson Carvajal #2067766

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 310559 5413

Re: 6553-001



METRO LEGAL
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com