# U.S. District Court

## Texas Western - Waco

Receipt Date: Jan 15, 2025 2:39PM

Gustafson Gluek PLLC  
Canadian Pacific Plaza  
120 S. Sixth St. Suite 260  
Minneapolis, MN 55402

Rcpt. No: 1684          Trans. Date: Jan 15, 2025 2:39PM          Cashier ID: #CP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DTXW624CV000633 /001<br>WALKER VS DOE<br>**FBO**: Clint Walker | 1 | 200.00 | 200.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #16848 | 01/6/2025 | | $200.00 |
| | | | Total Due Prior to Payment: | | $200.00 |
| | | | Total Tendered: | | $200.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: Registry Bond filed in DTXW624CV000633 per Document 15.

Clerk, United States District Court - Waco Division - 800 Franklin Ave, Rm 380, Waco, TX 76701 (254) 750-1501 - www.txwd.uscourts.gov