UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **CLINT WALKER,** | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. W-24-CV-00633-ADA |
| **JOHN DOE,** | § | |
| Defendant. | § | |

### ORDER EXTENDING TEMPORARY RESTRAINING ORDER

On January 3, 2025, the Court granted Plaintiff's Motion for a Temporary Restraining Order. ECF No. 15. Two weeks later, the Court held a status conference to discuss the TRO. ECF No. 19. Given that the Court's TRO is set to expire at 5:27PM on January 17, 2025, Plaintiff orally moved to extend the TRO during the status conference. Plaintiff represented that the conditions necessitating the TRO had not changed. Plaintiff further represented that Chase Bank would be producing records on January 20, 2025, which should allow Plaintiff to obtain contact information for the account holder and provide notice regarding the pending motion for preliminary injunction.

Having concluded that none of the circumstances warranting issuance of the TRO have changed since the Court's January 3rd Order, the Court orally granted the motion. Thus, the Court hereby adopts and incorporates the findings and conclusions contained in its January 3rd Order (ECF No. 15). In the interest of maintaining the status quo pending resolution of the preliminary injunction motion, the Court **EXTENDS** the present TRO for fourteen days.

**SIGNED** this 17th day of January, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE