IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF WESTERN TEXAS
WACO DIVISION

| | |
|---|---|
| CLINT WALKER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>　　　　　Defendant. | Case No. Case No. 6:24-cv-00633-ADA |

**MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER,
VACATE PRELIMINARY INJUNCTION HEARING, AND
WITHDRAW MONEY**

COMES NOW the Plaintiff, CLINT WALKER, moves this Court to dissolve the Temporary Restraining Order ("TRO"), vacate the preliminary injunction hearing scheduled for January 31, 2025, and pursuant to Local Rule CV-67, further moves this Court for an Order to withdraw money from the court registry.

On January 3, 2025, the Court granted Plaintiff's motion for TRO and ordered Plaintiff to post a bond of $200. ECF No. 15. The bond was posted on January 15, 2025. ECF No. 17. Pursuant to the Court's Order Granting Plaintiff's Emergency Motion for Leave of Court to Conduct Pre-Service Discovery, ECF No. 8, Plaintiff served a subpoena on Chase Bank. Chase Bank produced records on January 21, 2025, which revealed that no funds remain in the accounts frozen by the TRO. The documents did, however, identify the account holder and Plaintiff intends to file an amended complaint naming the account holder as a defendant and attempt service on the account holder.

Therefore, Plaintiff Clint Walker requests that the Court enter an order dissolving the TRO, vacating the January 31, 2025, preliminary injunction hearing, and allowing Plaintiff to withdraw $200 from the court registry. A proposed order is submitted herewith.

Respectfully submitted, this, the 22nd day of January, 2025.

                                                GUSTAFSON GLUEK PLLC

By:        */s/ Daniel J. Nordin*
            Daniel E. Gustafson*
            Daniel J. Nordin*
            Emily B. Egart*
            GUSTAFSON GLUEK PLLC
            Canadian Pacific Plaza
            120 South Sixth Street, Suite 2600
            Minneapolis, MN 55402
            Telephone: (612) 333-8844
            dgustafson@gustafsongluek.com
            dnordin@gustafsongluek.com
            eegart@gustafsongluek.com

            *Admitted Pro Hac Vice

            Warren T. Burns
            Hannah M. Crowe
            BURNS CHAREST LLP
            900 Jackson Street, Suite 500
            Dallas, Texas 75202
            Tel.: (469) 904-4550
            wburns@burnscharest.com
            hcrowe@burnscharest.com

            ***Counsel for Plaintiff***