# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WESTERN TEXAS WACO DIVISION

| | |
|---|---|
| CLINT WALKER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>　　　　　Defendant. | Case No. 6:24-cv-00633-ADA |

## ORDER

This matter is before the Court on Plaintiff's Motion to Dissolve Temporary Restraining Order, Vacate Preliminary Injunction Hearing, and Withdraw Money (ECF No. 22). Based on the file, record, and proceedings herein, the Court **GRANTS** the Motion.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The temporary restraining order, ECF No. 15, as subsequently extended, ECF No. 20, is hereby dissolved, and Plaintiff shall provide a copy of this order to J.P. Morgan Chase Bank, N.A.;

2. The preliminary injunction hearing scheduled for January 31, 2025, is hereby vacated; and

3. The motion to withdraw money, pursuant to Local Rule CV-67, is granted as set forth below, and the clerk must disburse the amount of $200 from the Court registry, payable to Gustafson Gluek PLLC.

**SIGNED** this 23rd day of January, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE